## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-16087-MER |
| | ) | |
| Goldsboro, Jacqueline | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## DEBTOR'S MOTION TO CONVERT CASE

Debtor, by and through her attorney hereby move this Court to convert the above-captioned case from a case under Chapter 13 of this Title to a case under Chapter 7 of this Title pursuant to 11 U.S.C. §1307 and as grounds therefore, states as follows:

1. On December 16, 2021, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. One of the reasons for filing Chapter 13 was to catch up arrears on her apartment and avoid eviction.

3. Debtor is not able to maintain her Chapter 13 payments and other necessary expenses.

WHEREFORE, Debtor moves this Honorable Court for an Order granting her motion converting this case to Chapter 7 of the Bankruptcy Code.

DATED this 25th day of April 2022,

Respectfully submitted,

The Horvath Law Firm, LLC

*/s/ N. Craig Horvath*
_____
N. Craig Horvath #47393
PO Box 698
Littleton, CO 80160
Telephone:  (303) 900-8741
ATTORNEY FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-16087-MER |
| | ) | |
| Goldsboro, Jacqueline | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he placed a true and correct copy of the foregoing *MOTION TO CONVERT CASE TO CHAPTER 7* in the U.S. Mail, first class, postage pre-paid on the 25th day of April, 2022, addressed to the following:

**Douglas Kiel**
Chapter 13 Trustee
7100 E Belleview Ave
Suite 300
Greenwood Village, CO 80111

**US Trustee**
1961 Stout St
Suite 12-200
Denver, Colorado 80294-1961

*/s/ N. Craig Horvath*

N. Craig Horvath #47393